UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-01196 SVW (ADS)     Date: August 10, 2021

Title: *Orion Dillon Brown v. Warden*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|   Kristee Hopkins   |   None Reported   |
|   Deputy Clerk      |   Court Reporter / Recorder   |

Attorney(s) Present for Petitioner(s):     Attorney(s) Present for Respondent(s):
None Present                                None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

On August 9, 2021, the Court received the Order Requiring Status Reports[1] [Dkt. No. 50] as returned mail. [Dkt. No. 53]. The returned mail indicates Petitioner has been paroled or discharged. [Id., p. 1].

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6; see also [Dkt. No. 4, p. 4]. Therefore, Petitioner is **ORDERED TO SHOW CAUSE** by no later than **August 31, 2021** and to respond in writing why this action should not be dismissed for failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address and response to the Order Requiring Status Reports, on or before August 31, 2021, will discharge this Order to Show Cause.

If Petitioner no longer desires to pursue the Petition or if it is mooted by Petitioner's release, Petitioner may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). *The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.*

---

[1] The Order Requiring Status Reports [Dkt. No. 53] ordered the parties to file status reports and memoranda addressing whether Petitioner is still "in custody" for purposes of 28 U.S.C. § 2254.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:19-01196 SVW (ADS)        Date: August 10, 2021

Title: *Orion Dillon Brown v. Warden*

**Petitioner is hereby cautioned that failure to comply with this Order will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh